IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CORELANIUS T. PHILLIPS,
ADC #99996                                                                                                  PLAINTIFF

2:04CV00028 WRW/HDY

JAMES BANKS, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiff's complaint against defendants is DISMISSED with prejudice.

IT IS SO ADJUDGED this 13th day of January, 2006.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE